# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 18, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

Re:  Julius Jerome Murphy
     v. Texas
     No. 14-989
     (Your No. WR-38, 198-03)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 17, 2015 and placed on the docket February 18, 2015 as No. 14-989.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst